IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| HEALTH SELECTION ALLIANCE, LLC, ON BEHALF OF THE UNITED STATES OF AMERICA AND 31 STATES (AR, CA, CO, CT, DE, DC, FL, GA, HI, IL, ID, IA, LA, MD, MA, MI, MN, MT, NE, NH, NJ, NM, NY, NC, OK, RI, TN, TX, VT, VA, WA); § § § § § § § § Plaintiff, § § v. § § EMD SERONO, INC., ET AL., § § Defendants. § § § | CIVIL ACTION NO. 5:18-CV-00061-RWS |

## ORDER

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that Health Selection's claims are **DISMISSED WITH PREJUDICE** as to Health Selection and **DISMISSED WITHOUT PREJUDICE** as to the United States and all states.

The Clerk of the Court is directed to close this case.

It is so **ORDERED**.

**SIGNED this 11th day of March, 2020.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE